# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0475**
J.T.R. v. State of Alabama (Appeal from DeKalb Circuit Court: CC-21-461, CC-21-462, and CC-21-463)

## <u>NOTICE</u>

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk